Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

Attorneys for Defendant
DISH Wireless LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| SEIDNER PROPERTIES LP, | Case No. 8:26-cv-00082 |
| Plaintiff, | **DEFENDANT DISH WIRELESS LLC'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING** |
| v. | |
| DISH WIRELESS LLC, | |
| Defendant. | |

Pursuant to Local Civil Rule 83-1.4.3, Defendant DISH Wireless LLC ("Defendant") provides notice that the above-captioned proceeding is the subject of an action pending before the Judicial Panel on Multidistrict Litigation ("JPML").

The above-captioned case involves contractual claims against Defendant arising from the Federal Communications Commission's ("FCC") unprecedented and unforeseeable actions with respect to certain wireless spectrum licenses. Over the past few months, other plaintiffs have filed complaints in federal and state courts bringing similar claims against Defendant based on contracts between those plaintiffs and Defendant that were likewise impacted by the FCC's conduct. On March 2, 2026, Defendant moved the United States Judicial Panel on Multidistrict Litigation to transfer to, and consolidate all related federal actions in, the United States District Court for the District of Colorado. *See In re: DISH Wireless, LLC, Communication Towers Contract Litigation*, MDL Case No. 3182 (ECF No. 3). That petition is pending.

Pursuant to Local Rule 83-1.4.2, the names of the plaintiffs and defendants in the related actions pending consolidation before the JPML are provided in the Schedule of Actions attached hereto as **Exhibit A**.[1] *See* MDL No. 3182, ECF No. 3-2. The names, addresses, and phone numbers of counsel are provided in the Proof of Service attached hereto as **Exhibit B**. *See* MDL No. 3182, ECF No. 3-3.

---

[1] Since DISH Wireless moved the JPML for transfer and consolidation on March 2, 2026, a plaintiff in one of the related actions pending consolidation filed a motion for voluntary dismissal without prejudice, which was granted on March 5, 2026. *See BDR Sonata East LLC v. DISH Wireless L.L.C*, Case No. 2:26-cv-00574, ECF No. 16 (W.D. Wash. Feb. 18, 2026).

- 1 -

Dated:  March 5, 2026

WHITE & CASE LLP

By:  */s/ Russell J. Gould*
Russell J. Gould
White & Case LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
(213) 620-7700
russell.gould@whitecase.com

Glenn M. Kurtz
Joshua D. Weedman
Robert E. Tiedemann
Camille M. Shepherd
White & Case LLP
1221 Avenue of the Americas
New York, N.Y. 10020-1095
(212) 819-8200
gkurtz@whitecase.com
jweedman@whitecase.com
rtiedemann@whitecase.com
camille.shepherd@whitecase.com

Attorneys for Defendant DISH Wireless LLC

- 2 -